# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        -vs-                                  Case No. 05-CR-151

SUMMIT REFRIGERATION GROUP, INC.,
MICHAEL P. CONTI,
FREDERICK P. ANDERSON, and
RICHARD DeGROOT,

        Defendant.

## ORDER

The defendants in the above captioned case filed objections to Magistrate Judge Patricia Gorence's Recommendations to this Court that the defendants' various motions be denied. All of the defendants brought motions to suppress physical evidence, suppress the search warrant as overly broad, suppress the seizures pursuant to said search warrant, dismiss the indictment on various grounds, including the ground that said indictment is duplicitous and multiplicitous. The Magistrate Judge's recommendations to this Court are dated August 31, 2006, September 11, 2006, and October 4, 2006.

The Court has reviewed the record and the submissions of the parties and rules as follows. The Magistrate Judge's Recommendations to this Court dated August 31, 2006, September 11, 2006, and October 4, 2006, are adopted by this Court in toto. Therefore, the defendants' objections to said Recommendations are DENIED.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2006.

                                            **SO ORDERED,**

                                            s/ Rudolph T. Randa
                                            **HON. RUDOLPH T. RANDA**
                                            **Chief Judge**